In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00231-CV
_____

**CLEMON LEE WEST, Appellant**

**V.**

**KAYLA SAVOIE, Appellee**

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 126861**

**MEMORANDUM OPINION**

Appellant Clemon Lee West filed a motion to dismiss the appeal, in which he asserts that he and appellee Kayla Savoie have settled their claims. The motion is voluntarily made by West prior to any decision of this Court. *See* Tex. R. App. P. 42.1. No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on February 13, 2019
Opinion Delivered February 14, 2019

Before McKeithen, C.J., Kreger and Horton, JJ.